WILLIAM DILLON, Respondent, *v.* FRANK E. XAVIER, Appellant.

*Dillon* v. *Xavier,* 158 App. Div. 903, affirmed.
(Argued May 12, 1915; decided June 1, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department,

entered July 25, 1913, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer. The complaint alleged that plaintiff, an assistant pressman, while working about a machine known as a "tail trimming machine," was injured through its sudden starting caused by a belt working itself from a loose to a tight pully.

*Ralph Earle Prime, Jr.*, for appellant.

*Frank X. Sullivan* and *George V. Mullan* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, CUDDEBACK, HOGAN, MILLER and SEABURY, JJ.